**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 05-6552**

-----

CHARLES E. BOYLES, JR.,

                                    Petitioner - Appellant,

        versus

COMMONWEALTH OF VIRGINIA; GENE JOHNSON,
Director of Prisons,

                                    Respondents - Appellees.

-----

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Michael F. Urbanski, Magistrate
Judge.  (CA-05-75)

-----

Submitted:  June 9, 2005              Decided:  June 17, 2005

-----

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

-----

Dismissed by unpublished per curiam opinion.

-----

Charles E. Boyles, Jr., Appellant Pro Se. Steven Andrew Witmer,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

-----

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles E. Boyles seeks to appeal the magistrate judge's order denying his motions for discovery and appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order Boyles seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Boyles's motion to note exception and/or objection and to request mediation, deny leave to proceed in forma pauperis, and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>